

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AARON WHITELOCK and DONNA WHITELOCK, | § | No. 08-21-00185-CV |
| | § | Appeal from the |
| Appellants, | § | 13th Judicial District Court |
| v. | § | of Navarro County, Texas |
| JENNIFER STEWART, DONALD STEWART, STEVEN STEWART, and KATHY STEWART, and d/b/a ROYAL HORSE FARMS, | § | (TC# D21-29799-CV) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below denying Appellants' TCPA motion to dismiss. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF FEBRUARY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.